**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| CESAR AUGUSTO PAJUELO CHAVARRIA; ELILA APONTE DE PAJUELO; et al., <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | No. 07-74058 <br><br> Agency Nos. A072-400-068 <br> A073-123-163 <br> A073-123-164 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

Cesar Augusto Pajuelo Chavarria, his wife, Elila Aponte de Pajuelo, and

their daughter, natives and citizens of Peru, petition for review of the Board of

Immigration Appeals' order dismissing their appeal from an immigration judge's

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

decision denying their application for asylum and withholding of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence, *INS v. Elias-Zacarias*, 502 U.S. 478, 481 n.1 (1992), and we deny the petition for review.

Substantial evidence supports the agency's conclusion that petitioners failed to establish past persecution or an objectively reasonable fear of future persecution on account of a protected ground, because they did not demonstrate that the persons who attempted to force Chavarria to divulge accounting information were motivated by more than a personal dispute.  *See Molina-Morales v. INS*, 237 F.3d 1048, 1052 (9th Cir. 2001) (personal retribution is not persecution on account of a protected ground).  Accordingly, petitioners' asylum claim fails.

Because Chavarria failed to establish asylum eligibility, it necessarily follows that he did not satisfy the more stringent standard for withholding of removal.  *See Zehatye v. Gonzales*, 453 F.3d 1182, 1190 (9th Cir. 2006).

**PETITION FOR REVIEW DENIED.**

07-74058